District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

LING YANG, et al.

                          Plaintiffs,
        v.

ALISSA EMMEL, Chief, IPO, USCIS; et al.,

                          Defendants.

Case No. 2:26-CV-00022-JNW

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT

Noted for Consideration:
April 16, 2026

## JOINT STIPULATION

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiffs' Complaint until June 20, 2026.

Plaintiffs filed the Complaint on January 6, 2026, and served the U.S. Attorney's Office on February 17, 2026. Defendants' response to the Complaint is due on April 20, 2026. The Parties have agreed to extend the deadline until June 20, 2026, while Defendants work to complete the review and vetting necessary for adjudication of Plaintiffs' I-829 Petition. Therefore, the Parties submit there is good cause for a 60-day extension of Defendants' time to respond to the Complaint and have stipulated to extend that deadline until June 20, 2026.

**SO STIPULATED.**

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00022-JNW] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED April 16, 2026.

Respectfully submitted,

*s/ Kyle A. Forsyth*                              */s/ Xiaohe Cao*
KYLE. A. FORSYTH, WSBA No. 34609    XIAOHE CAO, WSBA No. 38209
Assistant United States Attorney          Lani Cao Law Office
United States Attorney's Office            10800 NE 8th St., Ste. 918
Western District of Washington           Bellevue, WA 98004
700 Stewart Street, Suite 5220            Phone: 425-455-9898
Seattle, Washington 98101-1271          Fax: 888-681-1806
Phone:  206-553-7970                         Email: lanicao@lanicao.com
Fax:      206-553-2422
Email:   kyle.forsyth@usdoj.gov           *Attorneys for Plaintiffs*

*Attorney for Defendants*

I certify that this memorandum contains 121 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00022-JNW] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.  Defendants shall file their Answer by June 20, 2026.


DATED this 17th day of April 2026.


_____
HON. JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00022-JNW] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970