Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

LING YANG, et al.

                              Plaintiffs,

        v.

ALISSA EMMEL, Chief, IPO, USCIS; et al.,

                              Defendants.

Case No. 2:26-CV-00022-JNW

SECOND STIPULATED MOTION AND
ORDER FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT

Noted for Consideration:
June 22, 2026

## **JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiffs' Complaint until August 21, 2026.

Plaintiffs filed the Complaint on January 6, 2026, and served the U.S. Attorney's Office on February 17, 2026.  Defendants' response to the Complaint was due on April 20, 2026.  The Parties previously agreed to extend the deadline to June 20, 2026, while Defendants worked to complete the review and vetting necessary for adjudication of Plaintiffs' I-829 Petition.  ECF Nos. 6, 7.  On June 15, 2026, USCIS issued a Notice of Intent to Deny (NOID).  The NOID permits Plaintiff to respond and submit further evidence to USCIS by July 18, 2026.  USCIS will complete its adjudication thereafter.  Therefore, the Parties submit there is good cause for a 60-

SECOND STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00022-JNW] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

day extension of Defendants' time to respond to the Complaint and have stipulated to extend that deadline until August 21, 2026.

**SO STIPULATED.**

DATED June 22, 2026.

Respectfully submitted,

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-2422
Email:   kyle.forsyth@usdoj.gov

*Attorney for Defendants*

*/s/ Xiaohe Cao*
XIAOHE CAO, WSBA No. 38209
Lani Cao Law Office
10800 NE 8th St., Ste. 918
Bellevue, WA 98004
Phone: 425-455-9898
Fax: 888-681-1806
Email: lanicao@lanicao.com

*Attorneys for Plaintiffs*

I certify that this memorandum contains 121 words, in compliance with the Local Civil Rules.

SECOND STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00022-JNW] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

It is hereby ORDERED that the parties' motion is GRANTED.  Defendants shall file their Answer by August 21, 2026.

DATED this 23rd day of June 2026.

_____
HON. JAMAL N. WHITEHEAD
United States District Judge

SECOND STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00022-JNW] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970